IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW BUTLER, III, et al.,

    *Petitioners*,

v.                             Case No.: 4:21cv440-MW/MJF

STEVEN COOK, et al.,

    *Respondents*.
_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The motion for leave to proceed *in forma pauperis*, ECF No. 5, is **DENIED as moot**. The Clerk shall enter judgment stating, "Petitioners' § 2241 petition, ECF No. 1, is **DISMISSED without prejudice**." The Clerk shall close the

file.

**SO ORDERED on December 29, 2021.**

**s/Mark E. Walker**
**Chief United States District Judge**